1  CHARLES A. ZDEBSKI
     (upon *pro hac vice* application)
2     czdebski@eckertseamans.com
   JEFFREY P. BRUNDAGE
3    (upon *pro hac vice* application)
     jbrundage@eckertseamans.com
4  ECKERT SEAMANS CHERIN
     & MELLOTT, LLC
5  1717 Pennsylvania Avenue, NW, 12th Floor
   Washington, D.C. 20006
6  Telephone:  (202) 659-6676
   Facsimile:  (202) 659-6699
7
   JEFFREY L. RICHARDSON (SBN 167274)
8     jlr@msk.com
   VALENTINE A. SHALAMITSKI (SBN 236061)
9     vas@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
10 2049 Century Park East, 18th Floor
   Los Angeles, CA  90067
11 Telephone:  (310) 312-2000
   Facsimile:  (310) 312-3100
12
   Attorneys for Defendant
13 China Eastern Airlines Corporation Limited

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS A. JAUREGUI, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>CHINA EASTERN AIRLINES CORPORATION LIMITED,<br><br>Defendant. | CASE NO. 2:20-cv-04552-JFW-AGR<br><br>Honorable John F. Walter<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:   May 27, 2020<br>Current Resp. Date:  June 17, 2020<br>New Response Date:  July 17, 2020 |

This stipulation extending the time to respond to the initial complaint by thirty (30) days is entered into by and between Plaintiff Carlos A. Jauregui ("Plaintiff") and Defendant China Eastern Airlines Corporation Limited ("China Eastern Airlines"), collectively referred to as the "Parties," and is based on the following facts:

1. On or about May 27, 2020, Plaintiff served the Summons and "Class Action Complaint" (the "Complaint") on China Eastern Airlines. *See* ECF Docket No. 9.

2. Under Rule 12(a)(1) of the Federal Rules of Civil Procedure, China Eastern Airlines' response to the Complaint would ordinarily be due within 21 days of being served, i.e., by June 17, 2020.

3. After meeting and conferring, the Parties agreed to extend the time for China Eastern Airlines to respond to the Complaint by at least thirty (30) days, to and including July 17, 2020.

4. No prior extension to respond to the Complaint has been granted by Plaintiff or the Court.

WHEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that China Eastern Airlines shall have to and including July 17, 2020 to answer, move against, or otherwise respond to the Complaint.

This stipulation does not extend the time to respond to the initial complaint for more than a cumulative total of thirty (30) days from the date the response initially would have been due, and need not be approved by the Court. *See* C.D. Cal. L.R. 8-3.

[Signatures on next page]

///
///
///

Mitchell Silberberg & Knupp LLP

12233393.1

| | | |
|---|---|---|
| 1 | DATED: June 13, 2020 | CHARLES A. ZDEBSKI |
| 2 | | JEFFREY P. BRUNDAGE |
| | | (upon *pro hac vice* application) |
| 3 | | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
| 4 | | JEFFREY L. RICHARDSON |
| 5 | | VALENTINE A. SHALAMITSKI |
| | | MITCHELL SILBERBERG & KNUPP LLP |
| 6 | | By: /s/ Jeffrey L. Richardson |
| 7 | | Jeffrey L. Richardson |
| | | Attorneys for Defendant |
| 8 | DATED: June 13, 2020 | L. TIMOTHY FISHER |
| 9 | | YEREMEY KRIVOSHEY |
| | | BURSOR & FISHER, P.A. |
| 10 | | By: /s/ L. Timothy Fisher |
| 11 | | L. Timothy Fisher |
| | | Attorneys for Plaintiff |

### Attestation Regarding Signatures

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Jeffrey L. Richardson, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 15, 2020                    /s/ Jeffrey L. Richardson
                                        Jeffrey L. Richardson