1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
          ykrivoshey@bursor.com

*Attorneys for Plaintiff*

JEFFREY L. RICHARDSON
(SBN 167274)
jlr@msk.com
VALENTINE A. SHALAMITSKI
(SBN 236061)
vas@msk.com
MITCHELL SILBERBERG &
KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Defendant*
*China Eastern Airlines Corporation*
*Limited*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CARLOS A. JAUREGUI, on behalf of himself and all others similarly situated,

Plaintiff,

v.

CHINA EASTERN AIRLINES CORPORATION LIMITED,

Defendant.

Case No. 2:20-cv-04552-JFW-AGR

**JOINT STIPULATION DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel:

1.      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Carlos A. Jauregui, by and through his undersigned counsel of record, hereby dismisses his claims against Defendant China Eastern Airlines Corporation Limited without prejudice.

2.      Each party shall bear its own fees and costs.

Dated: July 16, 2020                    Respectfully submitted,

                                        **BURSOR & FISHER, P.A**.

                                        By: _____/s/ *Yeremey O. Krivoshey*_____
                                                Yeremey O. Krivoshey

                                        L. Timothy Fisher (State Bar No. 191626)
                                        Yeremey O. Krivoshey (State Bar No. 295032)
                                        1990 North California Blvd., Suite 940
                                        Walnut Creek, CA 94596
                                        Telephone: (925) 300-4455
                                        Facsimile:  (925) 407-2700
                                        E-Mail: ltfisher@bursor.com
                                                ykrivoshey@bursor.com

                                        *Attorneys for Plaintiff*

Dated:  July 16, 2020                   By: _____/s/ *Valentine A. Shalamitski*_____
                                                Valentine A. Shalamitski

                                        JEFFREY L. RICHARDSON (SBN 167274)
                                        jlr@msk.com
                                        VALENTINE A. SHALAMITSKI (SBN 236061)
                                        vas@msk.com
                                        MITCHELL SILBERBERG & KNUPP LLP
                                        2049 Century Park East, 18th Floor
                                        Los Angeles, CA 90067
                                        Telephone: (310) 312-2000
                                        Facsimile: (310) 312-3100

*Attorneys for Defendant*
*China Eastern Airlines Corporation Limited*

### **Attestation Regarding Signatures**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Yeremey O. Krivoshey, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

_/s/ Yeremey O. Krivoshey_
Yeremey O. Krivoshey